# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0839

VERSUS

KYLE J. HARRY

**DECEMBER 11, 2025**

---

In Re:    Kyle  J. Harry, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 06-CR9-94605.

---

**BEFORE:    THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT DENIED.**

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT